UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS


In re:                                              ) Case No 14-30986
Nathan Hately Vilar,                                )
                                                    ) Chapter 13
                                                    )
Movant (s)                                          )

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, Leigh Kline of The Kline Law Firm, LLC attorney, and respectfully

presents the motion for substitution of counsel of the present action on the following grounds:

1.  Movant(s) request(s) that the Court enter an Order substituting Leigh Kline, attorney

    for Licker Law Firm, in place of Leigh Kline, attorney for The Kline Law Firm, LLC

    as the attorney of record in the above-captioned case.

WHEREFORE, Debtor(s) pray(s) this honorable Court enter an order granting Debtor(s)'

Motion for Substitution of Counsel.

                                        RESPECTFULLY SUBMITTED,
                                        The Kline Law Firm, LLC
                                        By:____/s/ Leigh Kline_____
                                        Leigh Kline, 64962MO
                                        125 North Main Street, Suite 100
                                        St. Charles, MO 63301
                                        (636) 352-2030
                                        (fax) (636) 489-0386
                                        email: leigh@klinelawstl.com